# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br><br> vs.<br><br>JHULIANA ARAMIS COHEN, an individual;<br>ROSA MONTANO COHEN, an individual;<br>GUSTAVO CORTEZ, an individual;<br>MARCO MORAN, an individual;<br>ROMAN CASO, an individual;<br>ALBERTO TRUJILLO, an individual;<br>JUAN JOSE PEPE MARTINEZ INIGUEZ, an individual;<br>ROBERTO CURIEL ORTEGA, an individual; and<br>MARIA DEL SOCORRO AMAYA GARCIA DE CURIEL, an individual,<br><br>    Defendants. | Civil No. 05cv1319-JM (POR)<br><br>**ORDER REGARDING EX PARTE APPLICATION AND MEMORANDUM IN SUPPORT OF PLAINTIFF'S REQUEST FOR SERVICE BY PUBLICATION ON DEFENDANT , GUSTAVO CORTEZ**<br><br>**[Doc. No. 67]** |

  Upon reading and considering the Application of Plaintiff, Gary Kremen ("Kremen"), for an order directing the publication of summons against Defendant, Gustavo Cortez ("Cortez"), and the evidence presented in support thereof, and it satisfactorily appearing that said Defendant cannot be served with reasonable diligence in any other manner, and it also appearing that a good cause of action exists against said Defendant.

///

///

1   IT IS HEREBY ORDERED THAT:

2   Service of summons in this action be made on Cortez by publication in the San Diego
3   Transcript, a newspaper of general circulation published in the This City of San Diego, State of
4   California, which is hereby designated as the newspaper most likely to give actual notice to Cortez;
5   and that said publication be mailed to Cortez forthwith, in the event his address is ascertained before
6   the expiration of the time herein prescribed for publication of summons.

7
8   Dated: May 10, 2007

    _____
    LOUISA S PORTER
    United States Magistrate Judge

10  cc:   The Honorable Jeffrey T. Miller
          All parties