# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KREMEN, | Case No.: 05-CV-1319JM |
| Plaintiff, | **JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS JHULIANA ARAMIS COHEN, ROSA MONTANO COHEN AND GUSTAVO CORTEZ** |
| v. | |
| JHULIANA ARAMIS COHEN, an individual; ROSA MONTANO COHEN, an individual; GUSTAVO CORTEZ, an individual; MARCO MORAN, an individual; ROMAN CASO, an individual; ALBERTO TRUJILLO, an individual; JUAN JOSE PEPE MARTINEZ INIGUEZ, an individual; ROBERTO CURIEL ORTEGA, an individual; and MARIA DEL SOCORRO AMAYA GARCIA DE CURIEL, an individual, | |
| Defendants. | |

The Court **ENTERS**: (1) Default Judgment against **Jhuliana Aramis Cohen,** also known as Jhuliana Cohen, Jhuliana Cohen Montano, Jhuliana Aramis Urias Montano, Jhuliana Aramis Cohen Montano, and Jhuliana Urias ("J. Cohen") in the amount of **$4,931,781.13**; (2) Default Judgment against **Rosa Montano Cohen** ("R. Cohen") in the amount of **$1,094,579.45**; (3) Default Judgment against **Gustavo Cortez** ("Cortez") in the amount of **$802,620**; and (4) **PERMANENTLY ENJOINS**

///

J. Cohen, R. Cohen and Cortez from future violations of the Uniform Fraudulent Transfer Act as set forth below.

## **PERMANENT INJUNCTION**

The court hereby orders J. Cohen, R. Cohen and Cortez (the "Defendants") to be permanently restrained and enjoined as follows:

1. Each of the Defendants and those persons and entities in active concert or participation with the Defendants (the "Enjoined"), ARE HEREBY RESTRAINED AND PERMANENTLY ENJOINED from transferring, effectuating the transferring or participating in the transferring of any of the assets or proceeds from those assets for which the Court has entered default judgment in its order granting Plaintiff's Motion for Default Judgment issued on November 6, 2009 (Doc. 178), which includes the following assets:

   a. The Enjoined are enjoined from transferring any of the following assets or proceeds from the transfer of the following assets that are currently or were in the past held in the name of J. Cohen:
      i. Wells Fargo Account Number 747-663-1119
      ii. Pacnet Wells Fargo Account Number 201-175-6863
      iii. HSBC Bital Bank Account 7001954635
      iv. Union Bank Accounts 606-002-0149 and 606-002-0157
      v. The $593,000 in cash proceeds paid to J. Cohen by Roberto Curiel Ortega
      vi. Any and all interests in Administracion y Asistencia Imobiliaria, S.A. de C.V
      vii. Any and all interests in the 11,700 m² School Property located in Tijuana, Mexico worth an estimated $819,000
      viii. Any and all interests in Turistica Regis, a Mexican Corporation;
      ix. Any and all interests in a Gentlemen's club, the "Bolero";
      x. Any and all interests in the real property known as Lot 15 of block 67 in the Tijuana District known as Zona Rio

///

///

JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS JHULIANA ARAMIS COHEN, ROSA MONTANO COHEN AND GUSTAVO CORTEZ

        xi. Any and all interests in the real property known as Lot 6 of block 215, with an are of 1,262 square meters, in the section known as Costa de Oro in Tijuana, Baja California, Mexico

  b. The Enjoined are enjoined from transferring any of the following assets or proceeds from the transfer of the following assets that are currently or were in the past held in the name of R. Cohen:

        i. Wells Fargo Bank Account 078-436-4614

  c. The Enjoined are enjoined from transferring any of the following assets or proceeds from the transfer of the following assets that are currently or were in the past held in the name of Cortez:

        i. Any and all interests in Administracion y Asistencia Imobiliaria, S.A. de C.V

        ii. Any and all interests in the 11,700 m² School Property located in Tijuana, Mexico worth an estimated $819,000

**IT IS SO ORDERED.**

Dated: November 18, 2009

                                    Hon. Michael M. Anello
                                    United States District Judge